USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/26/2019

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------- X

                           :

CHRISANNE OLIVER, individually and on   :
behalf of others similarly situated,            :

                           :

                    Plaintiff,   :            1:18-cv-1794-GHW

                           :

           -against-          :             ORDER

                           :

RIO ACQUISITION PARTNERS, LLC, DVD  :
XPRESS LLC, and XPRESS RETAIL LLC,  :

                           :

                 Defendants.  :

                           :

---------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

On February 21, 2019, the Court granted Defendants' motion to dismiss all claims against them in its entirety. Dkt. No. 48. Specifically, the Court held that Plaintiff's federal law claims had been inadequately pled, *id.* at 4-6, and that the Court declined to exercise supplemental jurisdiction over Plaintiff's state law claims. *Id.* at 6-7.

In keeping with the liberal standard set forth in Fed. R. Civ. P. 15, the Court granted Plaintiff thirty days from the date of its February 21, 2019 opinion and order to amend her complaint to cure the deficiencies noted therein. Accordingly, in the event Plaintiff choose to amend her complaint, her amended complaint was due no later than March 25, 2019. *See* Fed.R.Civ.P 6(a)(1)(C) (extending the due date from March 23, 2019 to March 25, 2019). As of the date of this order, Plaintiff has not served a second amended complaint.

Accordingly, as Plaintiff has failed to serve her second amended complaint within period set by the Court's February 21, 2019 opinion and order, Plaintiff's federal law claims are dismissed with prejudice. As the Court declined jurisdiction over Plaintiff's state law claims, those claims are dismissed without prejudice.

The Clerk of Court is directed to enter judgment in favor of Defendants and to terminate

this case.

      SO ORDERED.

Dated:  March 26, 2019
        New York, New York

                              GREGORY N. WOODS
                       United States District Judge