UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
CHRISANNE OLIVER, individually and on
Behalf of others similarly situated,
                           Plaintiff,

       -against-                                           18 CIVIL 1794 (GHW)

## JUDGMENT

RIO ACQUISTION PARTNERS, LLC, DVD
XPRESS LLC, and XPRESS RETAIL LLC,
                           Defendants.
-----------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated March 26, 2019, on February 21, 2018, the Court granted Defendants' motion to dismiss all claims against them in its entirety; the Court granted Plaintiff thirty days from the date of its February 21, 2019 opinion and order to amend her complaint to cure the deficiencies noted therein; her amended complaint was due no later than March 25, 2019; as of the of the date of this Court's order, Plaintiff has failed to serve her second amended complaint within the period set by the Court's February 21, 2019 opinion and order, Plaintiff's federal law claims are dismissed with prejudice; as the Court declined jurisdiction over Plaintiff's state law claims, those claims are dismissed without prejudice; judgment is entered in favor of Defendants and this case is closed.

**Dated:** New York, New York
           March 27, 2019

                                                                  RUBY J. KRAJICK
                                                                 Clerk of Court
                                         BY:
                                                                 Deputy Clerk

THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON 3/27/2019